35 So.2d 923

**R. Q. MARTIN v. STATE.**

**4 Div. 65.**

Court of Appeals of Alabama.
May 11, 1948.

A. A. Carmichel, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 901

**Ben T. MATHIS v. STATE.**

**4 Div. 966.**

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 871

**Jesse Edward MEDDERS v. STATE.**

**2 Div. 770.**

Court of Appeals of Alabama.
April 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

34 So.2d 871

**Sol MIDDLETON, alias Middelton v. STATE.**

**8 Div. 633.**

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 184

**S. M. MILLER and Ruth Marshler, alias, v. STATE.**

**6 Div. 442.**

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellants.

29 So.2d 902

**William Clifton MILLER v. STATE.**

**8 Div. 517.**

Court of Appeals of Alabama.
Jan. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.